# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

135298

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWAN JUN KIM,
        Claimant-Appellant,

v

                                      SC: 135298
                                      COA: 277254

DEPARTMENT OF LABOR & ECONOMIC
GROWTH,
        Appellee.

Montcalm CC: 06-008269-AE

_____/

        On order of the Court, the application for leave to appeal the September 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

d0211